Cause No. 2024-CV-0025-CC

| | | |
|---|---|---|
| MISTY VALLADARES | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 1 OF |
| | § | |
| WAL-MART, INC. | § | |
| AND JOHN DOE | § | CALHOUN COUNTY, TEXAS |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT, WAL-MART STORES TEXAS, LLC, incorrectly named as WAL-MART, INC., in the above entitled and numbered cause, asserts its rights under the Texas and United States/' constitutions, and makes its written demand for a jury trial.

Respectfully submitted,

BUSH & RAMIREZ, PLLC

*/s/John A. Ramirez*

_____
John A. Ramirez
SBN. 00798450
5615 Kirby, Suite 900
Houston, Texas  77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT, WAL-MART STORES TEXAS, LLC.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record pursuant to the Texas Rules of Civil Procedure on this the 30th day of April 2024.

Evan Andes
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, Texas 77901

*/s/John A. Ramirez*

_____
JOHN A. RAMIREZ