United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MISTY VALLADARES, § | |
| § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. 6:24-CV-00012 |
| § | |
| WAL-MART STORES TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the jury verdict rendered on January 29, 2026, (D.E. 94), the Court enters final judgment in favor of Plaintiff and against Defendant Wal-Mart Stores Texas, LLC, in the amount of $4,000,000, plus pre-judgment interest at the rate of 6.75% in the amount of $261,189.86, in accordance with Tex. Fin. Code § 304.104, and post-judgment interest at the rate provided by 28 U.S.C. § 1961. The Court **ORDERS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
February 13th, 2026