IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MISTY VALLADARES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:24-CV-000012 |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| ET AL | § | |

### DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, MOTION FOR A NEW TRIAL, AND MOTION FOR REMITTITUR

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DEFENDANTS, WAL-MART STORES TEXAS, LLC and incorrectly named WALMART, INC. (hereinafter collectively referred to as "Defendants" or "Walmart"), and pursuant to Rules 50(b) and 59 of the Federal Rules of Civil Procedure, renew their motion for judgment as a matter of law, and, alternatively, move for a new trial or remittitur.

Walmart respectfully requests that the Court direct the entry of judgment as a matter of law for Walmart, notwithstanding the jury's verdict, with respect to Plaintiff Misty Valladares's claims. As discussed in Walmart's Memorandum of Law, because Valladares failed to introduce sufficient evidence to satisfy her burden for her premises liability cause of action, the Court should grant Walmart's renewed motion for judgment as a matter of law.

Alternatively, the Court should order a new trial. As discussed in Walmart's Memorandum of Law, the Plaintiff failed to present evidence that supports the jury's $4

million verdict, which was excessive, against the weight of the evidence, and so mistaken as to constitute a miscarriage of justice. Accordingly, the Court should order a new trial.

If the Court denies both of those motions, it should substantially reduce the jury's award of economic and noneconomic damages because they are unsupported by the evidence. Accordingly, as discussed in Walmart's Memorandum of Law, Walmart seeks, as an alternative to judgment as a matter of law or a new trial, a remittitur.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS WAL-MART STORES TEXAS, L.L.C. and WAL-MART, INC. move that they be granted final judgment as a matter of law to all of Plaintiff Misty Valladares's claims, that same be dismissed with prejudice, and for such further and other relief to which it may be entitled, or, in the alternative, for a new trial or a remittitur.

Respectfully submitted,

**BUSH & RAMIREZ, PLLC**

*/s/ Matthew Leslie*
John A. Ramirez
Texas Bar No. 00798450
Federal Bar No. 21280
Matthew T. Leslie
Texas Bar No. 24061885
Federal Bar No. 3889682
Kelsey Heaton
Texas Bar No. 24080501
Federal ID No. 3930733
5615 Kirby, Suite 900
Houston, Texas 77005
T: (713) 626-1555
F: (713) 622-8077
**ATTORNEYS FOR DEFENDANT,**

**WAL-MART STORES TEXAS, LLC AND WALMART, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing instrument has been sent to Plaintiff by facsimile, certified mail, return receipt requested and/or delivery service this 13th day of March 2026.

  Jim Cole
  Evan Anders
  COLE, COLE, EASLEY & SCIBA, P.C.
  302 West Forrest Street
  Victoria, Texas 77901

              */s/Matthew Leslie*
              John A. Ramirez | Matthew Leslie