IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MISTY VALLADARES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:24-CV-000012 |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| ET AL | § | |

## **ORDER**

BE IT REMEMBERED that on this day came on to be heard DEFENDANT**,** WAL-MART STORES TEXAS, L.L.C. and DEFENDANT WALMART, INC.'s Motion for Judgment as a Matter of Law in the above-entitled and numbered cause. The Court, having considered the motion and response, if any, is of the opinion that the motion is in all things good and should be granted; it is therefore,

ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Judgment as a Matter of Law is hereby GRANTED, and that the above-entitled and numbered cause shall be dismissed, with prejudice, as to the claims for recovery by Plaintiff.

SIGNED this _____ day of _____, 2026.

_____
JUDGE PRESIDING