| | |
|---|---|
| **From:** | Evan Anders |
| **To:** | Kelsey Heaton |
| **Cc:** | Matthew Leslie; John Ramirez; Jim Cole; Summer Priesmeyer; Mike Parker |
| **Subject:** | Re: Valladares Exhibits |
| **Date:** | Monday, January 12, 2026 11:01:30 AM |

Good Morning, Everyone:

We intend to add Marina Gonzalez and Carlos Aponte to our witness list, accordingly, we will be subpoenaing these witnesses. Which makes a total of three witnesses that are current Walmart employees. Have yall been able to make a decision on whether or not to accept service on behalf of these witnesses, or do we need to serve them individually?

On another note, given that it appears as though Walmart is going to require us to prove up our bills via testimony, we will need to add additional witnesses to testify to the amounts reflected in the affidavits. We will be amending the joint pretrial order reflecting these billing witnesses in addition to the liability witnesses in the next day or two.

Finally, we intend to call Dr. Bindal by deposition. As you know he is based out of Houston, greater than 100 miles away from the proceeding and getting him here is cost prohibitive. Our amended joint pretrial order will also reflect this logistical concern.

Look forward to hearing from you regarding the subpoenas or any other concern.

V/R,

Evan

---

**From:** Kelsey Heaton <kheaton@bushramirez.com>
**Sent:** Friday, January 9, 2026 12:04 PM
**To:** Evan Anders <evan@cceslaw.com>
**Cc:** Matthew Leslie <mleslie@bushramirez.com>
**Subject:** RE: Valladares Exhibits

Hey Evan,

Just a heads up, we just saw that there were a couple exhibits on our list that had some bates number errors. We'll be filing an amended list later today.

**Kelsey Heaton** | Attorney
5615 Kirby Drive, Suite 900
Houston, Texas 77005
M: (713) 626-1555 | D: (713) 800-6828
Email | Website

**Houston • San Antonio • Central Texas**

This email is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, attorney-client material, or exempt from disclosure under applicable law. If you receive this message in error, or are not the named recipient(s), please notify the sender at the phone number above, do not copy this message, do not disclose its contents to anyone, and delete this email message from your computer. Thank you, Bush & Ramirez, PLLC

**From:** Evan Anders <evan@cceslaw.com>
**Sent:** Thursday, January 8, 2026 4:43 PM
**To:** Kelsey Heaton <kheaton@bushramirez.com>
**Cc:** Matthew Leslie <mleslie@bushramirez.com>
**Subject:** Re: Valladares Exhibits

Kelsey:

We additionally withdrew Exhibit 83, 93, and 96 on the Plaintiffs Exhibit list. I noticed there was additional duplicate/cctv stuff in there. The numbering has changed to reflect the duplicate, so make sure the use Plaintiff's Forth amended Exhibit list in the hearing to avoid confusion.

V/R,

Evan

**From:** Kelsey Heaton <kheaton@bushramirez.com>
**Sent:** Thursday, January 8, 2026 3:35 PM
**To:** Evan Anders <evan@cceslaw.com>
**Cc:** Matthew Leslie <mleslie@bushramirez.com>
**Subject:** Valladares Exhibits

Hey Evan,

Just left a message for you on your cell. We're checking on where things are on those additional exhibits you were looking at. Thanks!

**Kelsey Heaton** | Attorney
5615 Kirby Drive, Suite 900
Houston, Texas 77005

M: (713) 626-1555 | D: (713) 800-6828
Email | Website

**Houston • San Antonio • Central Texas**

This email is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, attorney-client material, or exempt from disclosure under applicable law. If you receive this message in error, or are not the named recipient(s), please notify the sender at the phone number above, do not copy this message, do not disclose its contents to anyone, and delete this email message from your computer. Thank you, Bush & Ramirez, PLLC