5107 Nightingale Ct



Imagery ©2026 NASA, Map data ©2026 Google, INEGI    5 mi



# 5107 Nightingale Ct
Building

 Directions

 Save

 Nearby

 Send to phone

 Share

 5107 Nightingale Ct, Sugar Land, TX 77479

Photos



Measure distance
Total distance: 98.30 mi (158.20 km)